UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**TIMOTHY E. TRIMBLE,**

    **Plaintiff,**

**V.**                                                            Case No:  2:11-CV-419-FtM-UASPC

**THE STATE OF FLORIDA**

    **Defendant.**

_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Default (Doc. #33) filed on December 6, 2011.  Plaintiff *pro se* Timothy E. Trimble moves for an entry of clerk's default against Defendant.  As grounds, Plaintiff states that Defendant has failed to file an answer within 21 days as required by the Federal Rules of Civil Procedure.  Plaintiff cites that service was effected upon the Defendant on January 3, 2012.

This Court previously granted Defendant's Second Motion to Quash Service of Process because the January 3, 2012 service was insufficient. (Doc. #21). Therefore, Plaintiff's Motion for Default on the grounds that the Defendant failed to respond is due to be denied as Defendant has never been properly served in this matter.  The Court notes upon review of the docket sheet that Plaintiff has continued to fail to properly serve Defendant.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Motion for Default (Doc. #33) is **DENIED**.

(2) Plaintiff shall have up to and including **April 30, 2012** to effect proper service of process on the Defendant in accordance with this Court's directives as provided to him in its previous Orders. (See Docs. #10, 18, 21). Failure to effect proper service of process could result in this action being dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd Day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record